UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS PIERCE, ) | Case No. 5:14-cv-01208-RMW |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| ) | |
| v. ) | |
| ) | |
| HALSTED FINANCIAL SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 22, 2014, default was entered as to Defendant Halsted Financial Services, LLC.[1] The court vacated the August 8, 2014 case management conference and ordered plaintiff to file a motion for default judgment by August 29, 2014.[2] To date, plaintiff has not filed a motion for default judgment. No later than October 7, 2016, plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 9/8/2016

HON. RONALD M. WHYTE
United States Senior District Judge

---

[1] *See* Docket No. 14

[2] *See* Docket No. 16

Case No. 5:14-cv-01208-RMW
ORDER TO SHOW CAUSE
1